AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority parcel displaying USPS Tracking Number 9405 5379 0324 4999 7647 24

Case No. 23-mj-915 MEG

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1 which is incorporated by reference.

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1, which is incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841, 844 and 846 | Possession with intent to distribute and distribution of controlled substances; conspiracy to do the same |

The application is based on these facts:
See attached affidavit of United States Postal Inspection Service ("USPIS") Task Force Officer Andrew Tomer.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Andrew Tomer* Digitally signed by Andrew Tomer Date: 2023.10.17 08:18:11 -04'00'

*Applicant's signature*

Andrew Tomer, USPIS TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: 10/17/2023

*Judge's signature*

City and state: New Haven, CT

Hon. Maria E. Garcia, USMJ
*Printed name and title*

## ATTACHMENT A-1

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9405 5379 0324 4999 7647 24, addressed to "JAMES CARLTON 30 OLD QUARRY RD STE 201 RIDGEFIELD CT 06877-4121" with a return address of "ANTOINE MATTER 66 HALL ST WEST HAVEN CT 06516-3720" is currently in the custody of the U.S. Postal Inspection Service located 50 Brewery St., New Haven CT, 06511.



9

# ATTACHMENT B-1

## Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws), including United States currency and narcotics.